**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PARISH,<br><br>                        Plaintiff,<br><br>        v.<br><br>CALIFORNIA HIGHWAY PATROL (CHP); COUNTY OF VENTURA; VENTURA COUNTY SHERIFF'S OFFICE; CHP OFFICER ADRIEN AYON; CHP OFFICER JED JOHNSTON, et al,<br><br>                        Defendants. | Case No. 2:23-cv-01200 MWF (PVCx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based on the Parties' Stipulation for Dismissal of Action with Prejudice and the authority of Rule 41(a)(2) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED:**

   1.   This action and all claims therein against Defendants California Highway Patrol, CHP Officer Adrian Ayon [erroneously sued as "Adrien Ayon"], and CHP Officer Jed Johnston are hereby dismissed with prejudice.

   2.   All parties will bear their own costs and attorneys' fees.

/ / /

3. Defendants will not pursue any civil claims against Plaintiff related to or arising out the events and issues raised by this case or the filing of this action by plaintiff.

4. The parties' Stipulation and this Order have no effect on any criminal proceedings that were brought against Plaintiff by the People of the State of California or any administrative proceedings that were pursued by the Department of Motor Vehicles.

**IT IS SO ORDERED.**

Dated: November 20, 2023

MICHAEL W. FITZGERALD
United States District Judge